ROBERT J. MACHER v. ANNIE GRUBER.— Motion to dismiss appeal denied, with leave to renew as stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

VIRGINIA D. COSBY v. ARTHUR F. COSBY.— Motion to dismiss appeal denied, without prejudice to renewal in event of unreasonable delay on the part of appellant. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

NATIONAL IMPORTING AND TRADING COMPANY, INC., v. DAVID C. LINK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RICHARD E. BEACH v. MARY E. BEACH.— Motion to dismiss appeal granted unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

AMERICAN UNION LINE, INC., v. ORIENTAL NAVIGATION CORPORATION.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of HYDEASBURO OHASHI, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BARBARA SCHNATZ v. GEORGE J. SCHNATZ and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN S. KEDROVSKY v. ALEXANDER NEMLOVSKY and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MABEL E. LUDLAM v. HENRY LUDLAM and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY SCHIMMEL v. ALMA SCHIMMEL.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD A. HUTCHINGS v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York.— Motion for stay denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE E. RICHARD MEINIG COMPANY v. UNITED STATES FASTENER COMPANY.— Motion for stay granted upon condition stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WAITT INVESTING COMPANY, INC., v. RALPH S. ROBBINS.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of GEORGE McCOMB, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROBERT H. McNEILL, as Administrator, etc., of ISAAC HENRY RADFORD, Deceased, Appellant, v. JOHN A. SHELLITO, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LORD CONSTRUCTION COMPANY, Respondent, v. EDISON PORTLAND

CEMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LORD CONSTRUCTION COMPANY, Respondent, v. EDISON PORTLAND CEMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ALLEN E. BAKER and Others, Appellants, v. THE AMERICAN EXCHANGE NATIONAL BANK OF DALLAS, TEXAS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, Respondent, v. SUGAR PRODUCTS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Smith, J., concurring in result by reason of the issue raised as to what is the regular arbitration clause specified in the agreement.

In the Matter of the Application of HENRY A. PETERSEN and Others, Respondents, for an Order Fixing Their Fees as Attorneys for FLORENCE T. HILDEBRAND and CHARLES E. NAUSS, as Executors, etc., of WENDOLIN J. NAUSS, Deceased. CHARLES E. NAUSS, as Executor and Trustee of WENDOLIN J. NAUSS, Deceased, as Executor of EDWIN N. NAUSS, Deceased, and Individually, Appellant; ANNA NAUSS MARRIOTT, Respondent. In the Matter of the Application of DENIS O'L. COHALAN, Respondent, for an Order Fixing His Fee as Attorney for CHARLES E. NAUSS, as One of the Executors, etc., of WENDOLIN J. NAUSS, Deceased. CHARLES E. NAUSS, as Executor and Trustee, etc., of WENDOLIN J. NAUSS, Deceased, as Executor, etc., of EDWIN N. NAUSS, Deceased, and Individually, Appellant; ANNA NAUSS MARRIOTT, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GUY CROSWELL SMITH, Respondent, v. ISAAC E. CHADWICK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant, v. ROBERT E. SHERRY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOSEPH COLTER and Another, Copartners, etc., Appellants, v. WILLIAM E. PECK & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EDWIN D. DEWITT, Appellant, v. NEW YORK HERALD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Petition of EARL RYAN, a Stockholder of RANSOME CONCRETE MACHINERY COMPANY, Respondent, to Determine the Validity